# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/9/2015 9:05:12 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 14 - 00262 - CV**

Trial Court Style: Charles Alford and Mary Lou Alford vs. Robert Thomas McKeithen, EOG Resources, Inc., and Central Texas Land Services

Trial Court & County: 1ˢᵗ Judicial District Court of San Augustine County, Texas

Trial Court No.: CV-12-9344

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 2/9/2015

Anticipated Number of Pages of Record: 350

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): I am a few days behind schedule of my work due to the recent hospitalization of my mother for issues regarding her heart and blood pressure.

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by 2/24/2015, and **I hereby request an additional    15    days** within which to prepare it. Tᴇx. R. Aᴘᴘ. P. 37.3.

In compliance with Tᴇx. R. Aᴘᴘ. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

__2-9-2015__
Date

__409-489-9728__
Office Phone Number

Signature _Donnece Foster_

Printed Name___Donnece Foster_____

dfoster@cmaaccess.com                           Official Court Reporter, 1st Judicial District

E-mail Address (if available)                   Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

| Lead Counsel for **APPELLANT(S)**: | Lead Counsel for **APPELLEE(S)**: |
|---|---|
| Name:  Mr. Tom D. Rorie | Name: Mr. Jason R. Mills |
| Address: 210 North Street | Address:  110 North College Street, No. 1400 |
| Nacogdoches, TX 75961 | Tyler, TX 75702 |
| Phone no.:  936-559-1188 | Phone no.:  903-559-1188 |
| Attorney for:  Plaintiffs | Attorney for:  Defendants |
| **Delivered Via Email** | **Delivered Via Email** |